# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

WILLIE WAGNER,

        Plaintiff,

        v.

GONZALEZ, *et al.*,

        Defendants.

Case No. 1:26-cv-00620-BAM (PC)

SECOND ORDER REQUIRING PLAINTIFF TO FILE CERTIFIED COPY OF TRUST ACCOUNT STATEMENT OR PAY FILING FEE

**THIRTY (30) DAY DEADLINE**

Plaintiff Willie Wagner ("Plaintiff") is currently a county jail inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on January 16, 2026, together with a motion to proceed *in forma pauperis*. (ECF Nos. 1, 2.)

On March 3, 2026, the Court determined that Plaintiff's motion to proceed *in forma pauperis* was incomplete because Plaintiff failed to submit a certified copy of his trust account statement and did not have an authorized officer from his institution of incarceration complete the certificate portion of the form. (ECF No. 11.) The Court therefore ordered Plaintiff file a certified copy of his trust account statement for the past six months or pay the $405.00 filing fee for this action within thirty days. (*Id.*)

On March 19, 2026, Plaintiff filed a renewed motion to proceed *in forma pauperis*. (ECF No. 12.) Plaintiff states that he has no funds. (*Id.* at 1.) However, Plaintiff again has failed to include a certified copy of his trust account statement for the past six months or have an

1

authorized officer from his institution of incarceration complete the certificate portion of the form.

The Court will grant Plaintiff a **final opportunity** to either file a motion to proceed *in forma pauperis*, including a certified copy of his trust account statement, or to pay the filing in full for this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a certified copy of his inmate trust account statement for the past six months, or in the alternative, pay the $405.00 filing fee for this action;

2. No extension of time will be granted without a showing of good cause; and

3. **The failure to comply with this order will result in dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated:   **April 18, 2026**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

2