UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WAGNER, | No.  1:26-cv-0620-KES-BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| GONZALEZ, *et al.*, | |
| Defendants. | Doc. 16 |

Willie Wagner, a current county jail inmate proceeding pro se, requested to proceed in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Docs. 2, 12.  The Court twice ordered Wagner to file a certified copy of his trust account statement or pay the filing fee in full to proceed with this action.  Docs. 11, 13.  Wagner did not file the required account statement or pay the filing fee.

On May 27, 2026, the magistrate judge determined that Wagner failed to prosecute the case and failed to obey the Court's orders.  Doc. 16 at 3.  The magistrate judge found that terminating sanctions are appropriate after considering the factors identified by the Ninth Circuit and recommended that the Court dismiss the action without prejudice.  *Id.* at 2-3.  The Court served the findings and recommendations on Wagner with a notice that objections were to be filed within 14 days.  *Id.* at 4.  Wagner did not file objections and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review.  Having

1

carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis.  The Court ORDERS:

1. The findings and recommendations issued on May 27, 2026 (Doc. 16) are ADOPTED in full.

2. This action is DISMISSED without prejudice.

3. The Clerk of Court is directed to terminate pending matters and close this case.

IT IS SO ORDERED.

Dated:   June 25, 2026

UNITED STATES DISTRICT JUDGE